IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Voytyshyn, Taras N | Case Number: 05 B 57661 |
|---|---|---|
| | Voytyshyn, Tania | Judge: Wedoff, Eugene R |
| | Printed: 12/28/07 | Filed: 10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 15, 2007
Confirmed: February 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,358.50 | |
| Secured: | | 5,548.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,434.00 |
| Trustee Fee: | | 376.22 |
| Other Funds: | | 0.00 |
| Totals: | 7,358.50 | 7,358.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Cossidente Salus & Toolis, LTD | Administrative | 1,434.00 | 1,434.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 20,977.45 | 5,548.28 |
| 4. | RMI/MCSI | Unsecured | 277.68 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 750.62 | 0.00 |
| 6. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 7. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 8. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 9. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | Nicor Gas | Unsecured | | No Claim Filed |
| 12. | AT&T Consumer Long Distance | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,439.75 | $ 6,982.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 157.22 |
| 5% | 75.00 |
| 4.8% | 144.00 |
| | _____ |
| | $ 376.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Voytyshyn, Taras N
Voytyshyn, Tania
Printed: 12/28/07

Case Number: 05 B 57661
Judge: Wedoff, Eugene R
Filed: 10/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

